## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | MDL NO. 16-2738 (MAS) (RLS) JUDGE MICHAEL A. SHIPP MAG. JUDGE RUKHSANAH L. SINGH |

Angela Smith,

                                    Plaintiff                    Civil Action No.: 3:19-cv-21351

v.

Johnson & Johnson, Johnson & Johnson
Consumer, Inc. f/k/a Johnson & Johnson
Consumer Companies, Inc., Imerys Talc
America, Inc. f/k/a Luzenac America Inc.

                                    Defendants

## NOTICE AND SUGGESTION OF DEATH

Pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the undersigned counsel hereby informs the Honorable Court of the death of the Plaintiff, Angela Smith, on or about March 7, 2024. A copy of Plaintiff's death certificate (redacted pursuant to Rule 5.2 of the Federal Rules of Civil Procedure) is attached hereto and incorporated herein as Exhibit 1. Counsel respectfully informs this Court that a Motion to Substitute Party Plaintiff is filed concurrently herewith by Matthew Smith Jr, who is the administrator of the Estate of Angela Smith. A copy of the letters of authority is attached hereto and incorporated herein as Exhibit 2.

                                    /s/ Michael A. Akselrud

                                    Michael Akselrud
                                    **The Lanier Law Firm, PC**
                                    2829 Townsgate Rd., Suite 100
                                    Valley Village, CA 91361
                                    Michael.Akselrud@LanierLawFirm.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2025, a copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Those attorneys who are registered with the Court's electronic filing system may access these filings through the court's system, and notices of these filings will be sent to these parties by operation of the court's electronic filing system.

/s/ Michael A. Akselrud
Michael Akselrud
The Lanier Law Firm